# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SAMUEL ANTWON WATSON,

    Plaintiff,

v.                                                         Case No.  5:21-cv-23-RV/MJF

CENTURION, *et. al.*,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 6, 2021 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (ECF No. 11), which I have reviewed de novo.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. A habeas proceeding "challenging your conviction" should have been disclosed.

2. This action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this  27th  day of April 2021.

                         *s/ Roger Vinson*
                         **ROGER VINSON**
                         **SENIOR UNITED STATES DISTRICT JUDGE**